

# EXCELLENCE

This certificate is presented to

## Jeremy Jones

for your outstanding performance and exceptional commitment to team work

Deputy T. Moss – Inmate Work Force Supervisor, Facility Services Division
Inmate Work Force Program @ William G. Truesdale Detention Center

Honorable Judge Liam O'Grady          09-20-2020

I am writing in reference to my upcoming sentencing date on 09-29-2020. Your Honor I would like to express my deep apologies to the courts and my community, but most of all I would like to apologize to the family of Bri, I know that our relationship was not documented as it truly was, but me and Bri were good friends and I truly loved her more than anyone on the outside looking in will understand. I met Bri in 2015 through a mutual contact, she used to drive the dealer I was buying from, she also at the time distributed drugs to me and we began to talk more, as I got deeper into my addiction and she no longer was able to use the first dealer, I began to middle-man to another dealer for her and she would do the same for me when I couldn't find any Heroin, we both suffered from this horrible disease of drug addiction and are both victims in the same sense. I myself have overdosed on seven different occassions and even after each one brought me close to the brink of death, I still would go back to using, that in itself is a testament to how sick I was and how this disease had a grip on my life, coupled with my childhood, depression and the abusive relationship that I was in, I felt trapped and hopeless, and Bri

was going through the same, which is why we connected when we did, she was a true friend and we often would talk of getting clean and sober and leaving the negative things out of our lives. Unfortunately our dream of sobriety didn't come soon enough and tradgedy struck. I will always love Bri and not one day goes by that I do not wish that we were both strong enough to fight the disease that we suffered from. I have been incarcerated for the last 18 months, and I've read numerous self-help books, books on beating addictions and sobriety, I am taking the steps to make sure I NEVER will be in the position that I was in, I want to get better and when I am free, be an advocate for people like me and Bri, because alot of the cases of addiction is mainly because we dont have anyone who truly understands what we are going through or dealing with, so I plan to help others and show them that there is a brighter side and that we have a way out. Your Honor I would also like to highlight certain facts of this case that I have fought to be brought to light. Your Honor I am not a drug-dealer in the **traditional** sense, I middle-manned it in order to get drugs as well, and this is evident in the fact that when I was arrested in 2016 as well as 2019, no drugs or money was in my possession. My

rent and bills were overdue over 3 months, I had no assets, car, jewerly, and my bank account was closed due to an outstanding negative balance, I was not making money, but feeding my drug addiction with drugs. I began using heroin in early 2015, and started middle-manning consistently in 2016. I the span of 16 months I overdosed 6 times, the last overdose coming a few days before I was arrested on June 8th 2016, after my arrest I was then incarcerated for 5 months in a different county on charges that were later dropped. After my release I stayed away from Heroin and had no overdoses for over 2½ years, I went through a traumatic experience when my best friend passed away due to a car accident, I sunk low and without the proper support around me, I started doing heroin again, overdosing one last time a few weeks later. I would also like to point out that the initials statements made by the witnesses JZ and DH where they recounted overdosing from drugs distributed by me were later deemed untrue and did not happen, I am unsure of their motivation behind the false story, but one thing I am certain of is if they were to answer the question "have you ever distributed drugs to Jeremy?" truthfully, then their answers would be yes. I hope to one day bring to light what we as addicts are dealing with and hopefully find a formula to

we can adhere to help one another. I am currently working in the kitchen where I prepare the meals for the special diet and Allergy population, I hope to continue my positive work once I am Free and to keep bettering myself as a man and continue to learn how to help others, I hope to be apart of the drug-program that the federal system offers and look forward to being a productive member of society and to bring awareness to this horrible disease that many are afflicted by. I have sat down with the detective and prosecutor and have given substantial assistance and help to their investigation. I hope to right as many wrongs as possible and even though eventually something good may come of this, I am forever hurt over the events that caused all of this to come together, and will continue to better myself so that this means something positive. Thank-You for you time and attention and hope that you as well as Bri's family can forgive me.

Sincerely

Jeremy B. Jones